UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUGUSTIN SAUCEDO-MURILLO, | ) | NO. CV 12-00087 JVS (SS) |
| | ) | |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS,** |
| | ) | |
| v. | ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| | ) | |
| LINDA SANDERS, Warden, | ) | **UNITED STATES MAGISTRATE JUDGE** |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's "Omnibus Motion," which the Court construes as Objections.

In the "Omnibus Motion" filed on February 28, 2012, Petitioner seeks relief from a final judgment pursuant to Federal Rule of Civil Procedure 60(b). (Omnibus Motion at 1-2). However, the Court had not yet entered judgment on February 28, 2012. Thus, relief pursuant to Rule 60(b) was premature. Additionally, the "Omnibus Motion" purported

1  to contain a Notice of Appeal.  (Id. at 5).  However, a Notice of Appeal
2  was also premature because the Court had not yet entered judgment.

4      After construing the "Omnibus Motion" as Objections and having made
5  a de novo determination of the portions of the Report and Recommendation
6  to which Objections were directed, the Court concurs with and adopts the
7  findings and conclusions of the Magistrate Judge.

9      **IT IS ORDERED** that Judgment shall be entered dismissing this action
10 without prejudice.

12     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
13 the Judgment herein on Petitioner and counsel for Respondent.

15     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

17 DATED:  March 14, 2012

                                       JAMES V. SELNA
                                       UNITED STATES DISTRICT JUDGE

2